HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL LEFETE HAWKINS JR.<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Defendant. | NO. 3:24-cv-05102-BHS<br><br>ORDER GRANTING DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

THIS MATTER came before the undersigned Judge of the above-entitled Court on Defendant Portfolio Recovery Associates, LLC's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court, being familiar with the files and records herein and having reviewed the following documents:

1. Defendant Portfolio Recovery Associates, LLC's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint; and

2. Declaration of Sally S. Kim in Support of Defendant Portfolio Recovery Associates, LLC's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT – 1
Case No. 3:24-cv-05012-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Defendant Portfolio Recovery Associates, LLC's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED. It shall respond to the complaint on or before March 6, 2024.

DATED this 16th day of February, 2024.

_____
HONORABLE BENJAMIN H. SETTLE
United States District Judge

*Presented by*:

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Sally S. Kim*
     Sally S. Kim, WSBA #35289
*Attorneys for Defendant Portfolio Recovery Associates, LLC*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: sallykim@grsm.com

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT – 2
Case No. 3:24-cv-05012-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on this date I caused a copy of the foregoing to be delivered by email and U.S. Mail to the following, addressed as follows:

*Plaintiff (Pro Se)*
Daryl Lefete Hawkins Jr.
1520 S 56th St.
Tacoma, WA 98408
Email: d4hawkins@gmail.com

DATED this 8th day of February, 2024.

                                              *s/Caroline Mundy*
                                              Caroline Mundy, Legal Assistant
                                              Email: cmundy@grsm.com

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT – 3
Case No. 3:24-cv-05012-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1120933/36055895v.1