UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL LEFETE HAWKINS JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>   Defendant. | NO. 3:24-cv-05102-BHS<br><br>STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE<br><br>(CLERK'S ACTION REQUIRED) |

## **STIPULATION**

The parties in the above-captioned case hereby stipulate and request the Court enter the following order, pursuant to FRCP 41(a)(1)(A)(2), to dismiss this case with prejudice.

The parties stipulate that this case should be dismissed in its entirety, with prejudice and without costs to any party.

STIPULATED TO this 26th day of April, 2024.

STIPULATION AND ORDER TO DISMISS - 1
Case No. 3:24-cv-05102-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP<br><br>By: *s/Sally S. Kim*<br>　Sally S. Kim, WSBA #35289<br>　*Attorneys for Defendant Portfolio*<br>　*Recovery Associates, LLC*<br>　Gordon Rees Scully Mansukhani, LLP<br>　701 Fifth Avenue, Suite 2100<br>　Seattle, WA 98104<br>　Phone: (206) 695-5100<br>　Email: sallykim@grsm.com | PLAINTIFF (PRO SE)<br><br>By: *s/ Daryl Lefete Hawkins Jr.*<br>　Daryl Lefete Hawkins Jr.<br>　1520 S 56th St.<br>　Tacoma, WA 98408<br>　Email: d4hawkins@gmail.com |

STIPULATION AND ORDER TO DISMISS - 2

Case No. 3:24-cv-05102-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER TO DISMISS - 3
Case No. 3:24-cv-05102-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of the Parties' Stipulation and [Proposed] Order to Dismiss this case with prejudice, and the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, this case is dismissed with prejudice and without costs to any party.

DATED this 29th day of April, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Sally S. Kim*
   Sally S. Kim, WSBA #35289
  *Attorneys for Defendant Portfolio
  Recovery Associates, LLC*
  Gordon Rees Scully Mansukhani, LLP
  701 Fifth Avenue, Suite 2100
  Seattle, WA 98104
  Phone: (206) 695-5100
  Email: sallykim@grsm.com

STIPULATION AND ORDER TO DISMISS - 4
Case No. 3:24-cv-05102-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on this date I caused a copy of the foregoing to be delivered by email and U.S. Mail to the following, addressed as follows:

***Plaintiff (Pro Se)***
Daryl Lefete Hawkins Jr.
1520 S 56th St.
Tacoma, WA 98408
Email:  d4hawkins@gmail.com

DATED this 26th day of April, 2024.

    *s/Caroline Mundy*
Caroline Mundy, Legal Assistant
Email: cmundy@grsm.com

STIPULATION AND ORDER TO DISMISS - 5
Case No. 3:24-cv-05102-BHS

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822